**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: **05cv10303 RCL** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **John Shea** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                              Respectfully Submitted for the Plaintiff,
                              Comcast of Southern New England, Inc.
                              By Its Attorney,

4/22/05                            /s/ John M. McLaughlin
Date                              John M. McLaughlin
                              **Green, Miles, Lipton & Fitz-Gibbon**
                              77 Pleasant Street
                              P.O. Box 210
                              Northampton, MA 01061
                              Telephone: (413) 586-0865
                              BBO No. 556328

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 22nd day of April, 2005, a copy of the foregoing was mailed first class to:

John Shea
215 Lancaster Drive
Tewksbury, MA  01876

                                                     /s/ John M. McLaughlin
                                                     John M. McLaughlin, Esq.